1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JAIME CARRILLO-FELIX

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00237 AWI |
|---|---|---|---|
| 12 | *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| 13 | v. | ) ) | |
| 14 | JAIME CARRILLO-FELIX, | ) ) | Date : May 14, 2012 Time: 10:00 a.m. |
| 15 | *Defendant.* | ) ) | Judge: Hon. Anthony W. Ishii |
| 16 | _____ | ) | |

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference hearing in the above captioned matter now set for

19  May 7, 2012, **may be continued to May 14, 2012 at 10:00 a.m.**

20      This continuance is requested by counsel for the defendant. The Presentence Investigation Report

21  was received by counsel on May 2, 2012. The defendant is housed at Lerdo. The defense needs to meet

22  with the defendant to review the Presentence Report prior to hearing. The requested continuance will

23  conserve time and resources for both counsel and the court. Special Assistant United States Attorney

24  Wallace J. Lee has no objection to this request.

25  ///

26  ///

27  ///

28  ///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 3, 2012                    /s/ Wallace J. Lee
                                      WALLACE J. LEE
                                      Special Assistant United States Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 3, 2012                    /s/ Marc Days
                                      MARC DAYS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAIME CARRILLO-FELIX

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   May 4, 2012

                                      _____
                                      CHIEF UNITED STATES DISTRICT JUDGE